UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Tinkhaim, et. al.,

Plaintiffs,

v.

Microsoft Corp.,

Defendant.

Civil File No. 00-416 (MJD/JGL)

NOTICE

There will be no oral argument on Defendant's Motion for a Stay. For purposes of completing the briefing process only, a hearing has been set for Friday, May 5, 2000.

Dated: April 20, 2000

FRANCIS E. DOSAL
Clerk of U.S. District Court

Angela Chianelli

Angela Chianelli, Deputy Clerk
(612) 664-5073

FILED APR 21 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK