A CERTIFIED TRUE COPY

JUL -6 2000

ATTEST [signature]
FOR THE JUDICIAL PANEL OF MULTIDISTRICT LITIGATION

D.MN
00-416 MJD/JGL

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

AUG 14 2000

JUN 20 2000

FILED
CLERK'S OFFICE

*DOCKET NO. 1332*

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE MICROSOFT CORP. WINDOWS OPERATING SYSTEMS ANTITRUST LITIGATION***

***(SEE ATTACHED SCHEDULE)***

***CONDITIONAL TRANSFER ORDER (CTO-3)***

On April 25, 2000, the Panel transferred 27 civil actions to the United States District Court for the District of Maryland for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than five actions have been transferred to the District of Maryland. With the consent of that court, all such actions have been assigned to the Honorable J. Frederick Motz.

It appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the District of Maryland and assigned to Judge Motz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 181 F.R.D. 1, 10 (1998), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the District of Maryland for the reasons stated in the order of April 25, 2000, and, with the consent of that court, assigned to the Honorable J. Frederick Motz.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the District of Maryland. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

I hereby attest and certify on 8-14-2000 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By [signature] Deputy

FOR THE PANEL:

[signature]
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL - 6 2000

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

9

FILED AUG 17 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK MAILED JUL 10 2000

FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

F I L E C O P Y

Date: August 17, 2000 MJD/JGL sh

R E C O R D O F D O C K E T T E X T

0:00-cv-00416 Tinkham v. Microsoft Corp

DOCKET ENTRY

Certified Copy of Conditional Transfer ORDER ( Judicial Panel on Multidistrict Litigation ) transferring case per the MDL panel to District of Maryland for coordinated or consolidated pretrial proceedings assigned to Judge J. Frederick Motz 1pg(s) (Notice to Counsel) (Mailed original file, certified copy of transfer order and certified copy of docket report to Clerk, USDC, District of Maryland, 4415 US Courthouse, 101 W. Lombard Street, Baltimore, Maryland 21201) (cc: all counsel)

Hon. Michael J Davis, Judge

THIS NOTICE SENT TO ALL COUNSEL